UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARGARET REAVES )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TRUSTEE SERVICES OF CAROLINA )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 5:17-CV-407-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 24, 2018, and for the reasons set forth more specifically therein, that the defendant's motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED against defendant.

**This Judgment Filed and Entered on May 24, 2018, and Copies To:**
Margaret Reaves  (via US mail) 604 Sardis Drive, Raleigh, NC 27603
Andrew L. Peterson (via CM/ECF Notice of Electronic Filing)

May 24, 2018                            PETER A. MOORE, JR., CLERK
                                                 /s/ Sandra K. Collins
                                                 (By) Sandra K. Collins, Deputy Clerk